

# Fourth Court of Appeals
## San Antonio, Texas

July 19, 2019

No. 04-19-00352-CR

**EX PARTE** Otis T. **MCKANE**,

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR1505
Honorable Ron Rangel, Judge Presiding

## O R D E R

On July 12, 2019, this Court issued an order setting briefing deadlines in this appeal from an order denying relief in a habeas corpus and bail proceeding. Appellant's brief is due August 1, 2019. Also, on July 12, 2019, appellant filed a motion for extension of time to file appellant's brief, requesting an extension to July 25, 2019. As appellant's brief is not due until August 1, 2019, we deny the motion as moot.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of July, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court